UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>D. GREGORY SCHVANEVELDT,<br><br>Defendant. | Case No. 4:14-cr-00253-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

Before the Court is Gregory Schvaneveldt's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A). Dkt. 56. The Government opposes the motion. Dkt. 57. After considering the briefing and record, the Court will deny the motion as moot.

In 2015, Schvaneveldt pled guilty to receipt of child pornography and was sentenced to 96 months incarceration. Schvaneveldt was arrested after agents determined he posted child pornography to a peer to peer network. *PSR*, Dkt. 35.

Schvaneveldt filed his motion while he was incarcerated at FCI Englewood. Dkt. 56. On February 24, 2021, Schvaneveldt was transferred to the Boise Residential Reentry Center (RRC). He is scheduled to be released from BOP custody on August 18, 2021, after completing his sentence at the RRC.

Schvaneveldt is 45 years old and suffers from HIV, which puts him at greater risk of severe complications from COVID-19. Schvaneveldt contracted COVID on December 7, 2020 and has recovered. Dkt. 57-1 at 6.

Schvaneveldt sought compassionate release due to concerns about contracting COVID in FCI Englewood. He also raised concerns that, due to COVID, BOP may not transfer him to the RRC on schedule. Since the filing of his motion, he has been transferred to the Boise RRC. Therefore, the Court finds his motion is moot.

## ORDER

**IT IS ORDERED** that Gregory Schvaneveldt's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Dkt. 56) is DENIED AS MOOT.

DATED: March 18, 2021

B. Lynn Winmill
U.S. District Court Judge